# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| JUAN CARLOS GIL, )<br> )<br>   *Plaintiff,* )<br> )<br> ) Civil Action No. 18-CV-23284-KMW/ EGT<br>v. )<br> )<br>THE PNC FINANCIAL SERVICES GROUP, INC. )<br>d/b/a PNC Bank and www.pnc.com, )<br> )<br>   *Defendant.* )<br>_____/ ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   The PNC Financial Services Group, Inc.
ATTN: LEGAL DEPARTMENT
300 Fifth Avenue
The Tower at PNC Plaza
Pittsburgh, Pennsylvania 15222

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Scott R. Dinin, Esq.
Law Offices of Scott R. Dinin, P.A.
4200 NW 7th Avenue
Miami, Florida 33127
Tel: (786) 431-1333
E-mail: inbox@dininlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Aug 14, 2018



Steven M. Larimore
Clerk of Court

s/ Doris Jones
Deputy Clerk
U.S. District Courts